# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PLAYTIPUS LLC and<br>POLTORAK MEDIA LLC,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>HALFBRICK STUDIOS PTY LTD.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　Case No. 2:15-cv-02072-JRG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF PATENT LOCAL RULE 4-2 DISCLOSURE

Pursuant to Patent Local Rule 4-2 and the Docket Control Order, Defendant Halfbrick Studios Pty Ltd. hereby notifies the Court that it served its required preliminary claim constructions and preliminary identification of extrinsic evidence on counsel for the Plaintiffs via electronic mail on October 11, 2016.

Dated:  October 11, 2016

Respectfully submitted,

*/s/ Kevin A. Smith*
Melissa J. Baily
melissabaily@quinnemanuel.com
Kevin A. Smith
kevinsmith@quinnemanuel.com
Andrew Holmes
drewholmes@quinnemanuel.com
QUINN EMANUEL URQUHART &
　SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, CA 94111
Tel: (415) 875-6600
Fax: (415) 875-6700

Michael E. Jones
State Bar No. 10929400
mikejones@potterminton.com
POTTER MINTON

        A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597-8311
Fax: (903) 593-0846

*Attorneys for Halfbrick Studios Pty Ltd.*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record via the Court's ECF system on October 11, 2016.

*/s/ Kevin A. Smith*